217 So.2d 408

## AMERICAN HOME ASSURANCE COMPANY et al.

v.

M. J. CZARNIECKI, Individually and as Administrator of the Estate of his Unemancipated Son, Charlie A. Czarniecki, et al.

### No. 49610.

### Jan. 20, 1969.

In re: American Home Assurance Company and Tri-Wheel, Inc., d/b/a Econo-Car of Shreveport applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 115.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

217 So.2d 408

## Willie HERRIN

v.

## David PERRY et al.

### No. 49589.

### Jan. 20, 1969.

In re: Willie Herrin applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 215 So.2d 177.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.